UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREA SUTTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00074-MPB-MG ) |
| EXPERIAN INFORMATION SOUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TD BANK USA, N.A., | ) ) ) ) |
| Defendants. | ) ) |

### ORDER OF DISMISSAL OF DEFENDANT TD BANK USA, N.A. WITH PREJUDICE

Comes now Plaintiff, Andrea Sutton and Defendant, TD Bank USA, N.A., ("TD Bank"), by counsel, and having filed their Stipulation for Dismissal with Prejudice and the Court having examined said Stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between Plaintiff and TD Bank have been resolved and settled and that TD Bank should be dismissed from this Action with prejudice.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that this cause of action as to TD Bank, only, is hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either party.

SO ORDERED this 26th day of May 2023.

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system