UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREA SUTTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC<br><br>　　　　Defendant. | Case No: 1:23-cv-00074-MPG-MG |

**ORDER OF DISMISSAL OF DEFENDANT EQUIFAX
INFORMATION SERVICES, LLC WITH PREJUDICE**

　　Comes now Plaintiff, Andrea Sutton, and Defendant, Equifax Information Services, LLC ("Equifax"), by counsel, and having filed their Joint Stipulation for Dismissal With Prejudice and the Court having examined said Stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between Plaintiff and Equifax have been resolved and settled and that Equifax should be dismissed from this Action with prejudice.

　　IT IS HEREBY ORDERED, ADJUGED AND DECREED that this cause of action as to Equifax is hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either party.

Dated: September 29, 2023

　　　　　　　　　　　　　　　　　　　　　　Matthew P. Brookman, Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system

1